UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA MALFAVON,<br><br>                                   Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>                                   Defendant. | Case No.: 22-CV-847 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(ECF No. 8) |

Presently before the Court is the Parties' Joint Motion for Dismissal of Action with Prejudice ("Joint Mot.," ECF No. 8). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** the above-named action in its entirety, including all claims against Defendant Citibank, N.A. Each Party shall bear its own attorneys' fees and costs. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: September 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge